UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>COSCO CONTAINER LINES COMPANY, LTD.,<br><br>Defendants. | Case No. CV14-07352 JAK(Ex)<br>[ Related Case No. 2:14-cv-06602-JAK(Ex) ]<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE**<br><br>**JS-6** |

Complaint filed: September 19, 2014

Having considered the Stipulation to Dismiss filed herein, and good cause appearing therefore, it is hereby ORDERED that plaintiff's Complaint is dismissed, **with prejudice**, in its entirety, each party to bear its own fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 16, 2014

John A. Kronstadt
UNITED STATES DISTRICT JUDGE

NOTICE OF SETTLEMENT OF ENTIRE CASE
Case No.:CV14-07352 JAK(Ex) , Our File No.: 5721.98